UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLENE CHAPLIN,<br><br>                    Plaintiff,<br><br>         -against-<br><br>GROSS POLOWY LLC, ET AL.,<br><br>                    Defendants. | 25 CIVIL 1161 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the May 14, 2025, order, this action is dismissed.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

   SO ORDERED.

Dated:   May 15, 2025
         New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge